## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

2005 APR 12 PM 12: 00

GEORGE GORDON,       )
        Plaintiff,   )
                )   No. 4-1107-T/An
v.       )
                )
QUENTIN WHITE, et al.,       )
        Defendants.   )

## MOTION FOR EXTENSION OF TIME

Defendant Brent Long respectfully requests an extension of time to May 16, 2005 in which to file a response to the complaint. Said extension of time is requested to obtain counsel and enable counsel to fully investigate the matter prior to filing a response.

Respectfully submitted,

Brent Long

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was mailed by regular U.S. mail, postage prepaid, this 7th day of April, 2005 to:

George Gordon #90017
HCCF
PO Box 679
Whiteville, TN 38075

Brent Long

05 MAY -6 PM 2:47

ROBERT R. DI TROLIO
CLERK OF US DIST CT.
WD OF TN, JACKSON

FILED BY _____ D.C.

**MOTION GRANTED**
DATE: May 06, 2005
S. Thomas Anderson
**S. Thomas Anderson**
**U.S. Magistrate Judge**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _05-09-05_

15

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT