IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| GEORGE GORDON, | ) |
| Plaintiff, | ) |
| VS. | ) No. 04-1107-T-An |
| QUENTON WHITE, et al., | ) |
| Defendants. | ) |

ORDER GRANTING MOTION TO TAKE DEPOSITION OF PRISONER

Defendants have filed a motion pursuant to Federal Rule of Civil Procedure 30 to take Plaintiff's deposition. Defendants are seeking the court's permission to depose Plaintiff because Plaintiff is incarcerated in a Tennessee Department of Correction facility. Defendants' motion to take Plaintiff's deposition is GRANTED provided that prior arrangements are made with the warden or his designated representative to insure compliance with the facility's security regulations.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

18 May 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 05-20-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT