IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GEORGE GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 04-1107-T/An |
| | ) |
| QUENTON WHITE, et al., | ) |
| | ) |
| Defendants. | ) |

## RULE 16(b) SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

| | |
|---|---|
| **FILING MOTIONS TO JOIN PARTIES:** | September 15, 2005 |
| **FILING MOTIONS TO AMEND PLEADINGS:** | September 15, 2005 |
| **COMPLETING ALL DISCOVERY:**<br>pursuant to Rules 26-35 and Rule 37<br>of the Federal Rules of Civil Procedure | November 18, 2005 |
| **FILING PRE-TRIAL MOTIONS** of any kind<br>including Motions for Summary Judgment: | December 16, 2005 |

This order will not be modified except upon showing of good cause.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___06-17-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT