# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION



FILED BY _____ D.C.
05 AUG 24 AM 8:26
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| GEORGE GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1107-T-An |
| | ) | |
| QUENTON I. WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION TO GRANT LEAVE TO FILE DISCOVERY

Plaintiff has filed a motion for leave to file his discovery, specifically his first set of interrogatories. Pursuant to the provisions of Rule 5(d) of the Federal Rules of Civil Procedure, depositions, interrogatories, requests for production of documents, and requests for admissions <u>shall</u> not be filed except by order of the court, although relevant portions of discovery documents may be filed in support of motions. However, Plaintiff may serve his interrogatories on Defendants without leave of court in accordance with the Federal Rules of Civil Procedure. Accordingly, Plaintiff's motion is DENIED.

To the extent that Plaintiff seeks leave to file a motion to amend his complaint, the

motion is DENIED as moot because the motion to amend has already been filed.[1]

IT IS SO ORDERED.

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_23 August 2005_
DATE

---

[1] The motion to amend was filed on August 3, 2005.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT