IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GEORGE GORDON, )
)
Plaintiff, )
)
v. ) No. 04-1107-T-An
)
QUENTON WHITE, )
et al., )
)
Defendants. )

---

ORDER GRANTING MOTION TO TAKE DEPOSITION OF
INMATE WITNESSES

---

Defendants have filed a motion pursuant to Federal Rule of Civil Procedure 30 to take the depositions of certain inmates who have been identified by Plaintiff as witnesses. Defendants are seeking the court's permission because the witnesses are incarcerated. Defendants' motion is GRANTED provided that prior arrangements are made with the warden or his designated representative to insure compliance with the facility's security regulations.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on    11-08-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT