IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | |
|---|---|
| GEORGE GORDON, )  | |
| Plaintiff, ) | |
| v. ) | No. 04-1107 |
| ) | |
| QUENTON WHITE, et al., ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO LATE FILE AFFIDAVIT

The defendants respectfully request leave of the Court to late file Officer Levon Bates' affidavit. A facsimile copy of Officer Bates' affidavit is attached hereto. The original affidavit has not yet been received by the defendants' attorney's office. Defendants respectfully request an extension of time to December 30, 2005 in which to file Officer Bates' original affidavit.

Respectfully submitted,

PAUL G. SUMMERS
Attorney General and Reporter

PAMELA S. LORCH, Bar No. 8968
Senior Counsel
Attorney General's Office
PO Box 20207
Nashville, TN 37202
(615) 532-2500

**MOTION GRANTED**
DATE: 16 December 2005

James D. Todd
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was mailed, postage prepaid, by regular U.S. mail, this 14th day of December, 2005 to:

George Gordon #90017
WCFA
PO Box 679
Whiteville, TN 38075

PAMELA S. LORCH

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-19-05

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| GEORGE GORDON, <br>     Plaintiff, <br> v. <br><br> QUENTON WHITE, et al., <br>     Defendants. | ) <br> ) <br> )    No. 04-1107 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF LEVON BATES

| | |
|---|---|
| STATE OF TENNESSEE | ) |
| | )    At Tiptonville |
| COUNTY OF LAKE | ) |

Comes now Levon Bates and being duly sworn does depose and state that:

1. I am over the age of eighteen and believe in the obligations of an oath;

2. I began employment with the Tennessee Department of Correction in November, 2000 as a corrections officer and I have served in said capacity ever since said date;

3. A corrections officer does not have the authority to place an inmate in segregation.

Further affiant saith not.

                                  _/s/ Levon Bates_
                                    Levon Bates

Subscribed and sworn to before me this 9th day of December, 2005.

_/s/ Melinda Cagle_
Notary Public
My Commission Expires: Sept. 02, 2009

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT