IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 04-1107-T-An |
| | ) | |
| QUENTON WHITE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION TO AMEND COMPLAINT
## TO INCLUDE WITNESSES

Before the Court is Plaintiff's Motion to Grant Leave to Amend Complaint to Include Witnesses or in the Alternative Motion to Notify Defendants of Potential Witnesses filed on August 3, 2005. As there are no rules requiring a party to file a motion seeking an order to designate witnesses, Plaintiff's Motion is **DENIED** as moot.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 29, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT