IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 04-1107-T-An |
| | ) | |
| QUENTON WHITE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

Before the Court is Plaintiff's Motion to Grant Leave to Amend Complaint to Include Additional Defendants filed on August 3, 2005. For good cause shown and because the Defendants did not file a response as required by Local Rule 7.2, the Plaintiff's Motion is **GRANTED**. Plaintiff shall file his Amended Complaint within 15 days of entry of this Order.

However, Plaintiff is again cautioned that any future motions he files, if any, which do not contain a Certificate of Consultation will be denied absent good cause. United States District Court Judge James D. Todd previously warned Plaintiff in an Order dated April 6, 2005 that failure to comply with Local Rules could result in denial.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 29, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on   12/30/05

38



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CV-01107 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Brent Long
Northwest Correctional Complex, Site 2
960 State Rt. 212
Tiptonville, TN 38079

George Gordon
HARDEMAN COUNTY CORRECTIONAL FACILITY
90017
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT